**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Roc N Ramen 914 LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5761342 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **19 Anderson Street**  **New Rochelle, NY 10801**  Number, Street, City, State & ZIP Code  **Westchester**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:* |

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 19, 2016**
              MM / DD / YYYY

X **/s/ Wayne Carrington**                               **Wayne Carrington**
Signature of authorized representative of debtor         Printed name

Title   **Owner/Managing Member**

**18. Signature of attorney**

X **/s/ Wayne M. Greenwald**                             Date **January 19, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Wayne M. Greenwald**
Printed name

**Wayne Greenwald, P.C.**
Firm name

**475 Park Avenue South**
**26th Floor**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone   **212-983-1922**      Email address   **Grimlawyers@aol.com**

**WG6758**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Roc N Ramen 914 LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| A & F Anderson Realty Inc. P.O. Box 8197 Anthony Longhitaro White Plains, NY 10602 | | | Unliquidated | | | $13,295.00 |
| Beautiful Example LLC 168-44 127th St., 5th Fl. Todd Simms Jamaica, NY 11434 | | | Unliquidated | | | $40,000.00 |
| Con Edison of NY 4 Irving Place New York, NY 10003 | | | Unliquidated | | | $13,000.00 |
| Dairyland USA Corp 254 South Main Street Ste 406 c/o Darren J Epstein, Esq New City, NY 10956 | | | Unliquidated Disputed | | | $7,250.56 |
| Love Farms 204 Albion Ave David Adelson Paterson, NJ 07502 | | Outstanding food services for restaurant | Unliquidated | | | $4,500.00 |
| Marcus Kent 2400 Veterans Memorial Blvd ALTUS GTS, Inc. Ste. 300 Kenner, LA 70062 | | Debt used to pay off debt incurred from other vendors | Unliquidated | | | $3,806.05 |
| Nicole Spence, Esq. 8426 135th Street Apt. 5W Jamaica, NY 11435-1428 | (646 494-7146 | | Unliquidated | | | $650.00 |

Debtor **Roc N Ramen 914 LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Dept of Tax and Finan Bankrutpcy Special Proc P.O Box 5300 Albany, NY 12205-0300** | | IRS - 2014 & 2015 federal corporate tax | Unliquidated | | | $44,551.00 |
| **Pawnee Leasing Corp 700 Center Avenue Fort Collins, CO 80526** | | | Unliquidated Disputed | | | $21,449.84 |
| **Rhonda Augoste 30 East First Street Colonia, NJ 07067** | | | Unliquidated | | | $70,750.00 |
| **Time Payment Corp 440 735-5100 x4359** | | Debt incurred due to missed payments | Unliquidated | | | $26,000.00 |
| **Wight Foundation Inc. 550 Broad Street, Ste 717 Rhonda Auguste Newark, NJ 07102** | | Debt used to pay necessary business expenses | Unliquidated | | | $105,750.00 |
| **Zachary Chasin Yellowstone Cap 160 Pearl Street, 5th Floor New York, NY 10005** | | | Unliquidated | | | $24,990.33 |

# United States Bankruptcy Court
## Southern District of New York

In re   **Roc N Ramen 914 LLC**   Case No.
Debtor(s)   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 19, 2016**        **/s/ Wayne Carrington**
**Wayne Carrington**/**Owner/Managing Member**
Signer/Title

```
A & F ANDERSON REALTY INC.
P.O. BOX 8197
ANTHONY LONGHITARO
WHITE PLAINS, NY 10602


BEAUTIFUL EXAMPLE LLC
168-44 127TH ST., 5TH FL.
TODD SIMMS
JAMAICA, NY 11434


CINTAS CORP. NO 2
55 FIELDS LANE
NORTH SALEM, NY 10560


CON EDISON OF NY
4 IRVING PLACE
NEW YORK, NY 10003


DAIRYLAND USA CORP
254 SOUTH MAIN STREET STE 406
C/O DARREN J EPSTEIN, ESQ
NEW CITY, NY 10956


INTERNAL REVENUE SERVICE
10 METROTECH CENTER
625 FULTON STREET
BROOKLYN, NY 11201


LOVE FARMS
204 ALBION AVE
DAVID ADELSON
PATERSON, NJ 07502


MARCUS KENT
2400 VETERANS MEMORIAL BLVD
ALTUS GTS, INC. STE. 300
KENNER, LA 70062


NICOLE SPENCE, ESQ.
8426 135TH STREET
APT. 5W
JAMAICA, NY 11435-1428
```

```
NYS DEPT OF TAX AND FINAN
BANKRUTPCY SPECIAL PROC
P.O BOX 5300
ALBANY, NY 12205-0300


PAWNEE LEASING CORP
700 CENTER AVENUE
FORT COLLINS, CO 80526


RHONDA AUGOSTE
30 EAST FIRST STREET
COLONIA, NJ 07067


SYSCO METRO NY LLC
1390 ENCLARE PARKWAY
STEPHANIE J DONATO
HOUSTON, TX 77077


TIME PAYMENT CORP
440 735-5100 X4359


WIGHT FOUNDATION INC.
550 BROAD STREET, STE 717
RHONDA AUGUSTE
NEWARK, NJ 07102


ZACHARY CHASIN YELLOWSTONE CAP
160 PEARL STREET, 5TH FLOOR
NEW YORK, NY 10005
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Roc N Ramen 914 LLC**                                                    Case No.
                                               Debtor(s)                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Roc N Ramen 914 LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 19, 2016**                                       **/s/ Wayne M. Greenwald**
Date                                                        **Wayne M. Greenwald**
                                                            Signature of Attorney or Litigant
                                                            Counsel for  **Roc N Ramen 914 LLC**
                                                            **Wayne Greenwald, P.C.**
                                                            **475 Park Avenue South**
                                                            **26th Floor**
                                                            **New York, NY 10016**
                                                            **212-983-1922 Fax:212-983-1965**
                                                            **Grimlawyers@aol.com**